IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NOS. 3:06MJ429-201

| | |
|---|---|
| IN RE CASH IN THE AMOUNT OF FOUR ) <br> THOUSAND EIGHTY-FIVE DOLLARS ) <br> ($4,085.00) FROM THE CHARLOTTE ) <br> BOBCATS | ORDER TO <br> FILE REDACTED AFFIDAVIT <br> AND TO SEAL <br> UNREDACTED AFFIDAVIT |

On the government's motion to file redacted affidavits and to seal the unredacted affidavits in the above-captioned seizure warrant files, for the reason stated in the government's motion,

IT IS ORDERED that the Clerk shall file the redacted affidavits and seal the unredacted versions of the affidavits until further order of the Court.

April 19, 2007

_____
David C. Keesler
U.S. Magistrate Judge